UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN TERRELL CROWE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR06-173-RSM <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 20, 2008. The United States was represented by Assistant United States Attorney Diane Clarkson, and the defendant by Ken Kanev.

The defendant had been charged and convicted of Voluntary Manslaughter, in violation of 18 U.S.C. §§ 1151, 1153, and 1112. On or about November 2, 1998, defendant was sentenced in the District of Idaho by the Honorable Edward J. Lodge to a term of seventy-two (72) months, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in substance abuse and mental health programs, financial disclosure, submit to search, no new credit lines or charges without permission, abstain from alcohol, and not to enter any business establishment where alcohol is the primary item for sale.

In a Petition for Warrant or Summons, dated September 23, 2008, U.S. Probation

Officer Jonathan M. Ishii asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Failing to abstain from alcohol and entering a business establishment where alcohol is the primary item for sale, on or about July 12, 2008, in violation of the special condition of supervised release.

    (2)    Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer, on or about July 12, 2008, in violation of standard condition #11.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation numbers 1 and 2 has been set before the Honorable Ricardo S. Martinez on October 31, 2008 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 20th day of October, 2008.

*(signature)*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Ricardo S. Martinez
      AUSA:    Ms. Diane Clarkson
      Defendant's attorney:    Mr. Ken Kanev
      Probation officer:    Mr. Jonathan M Ishii